(86 Tex. Cr. R. 471)

## GARCIA v. STATE. (No. 5625.)

(Court of Criminal Appeals of Texas. Jan. 14, 1920.)

CRIMINAL LAW ☞1124(3)—TESTIMONY NECESSARY FOR REVIEW OF QUESTION WHETHER JUDGMENT IS CONTRARY TO LAW AND EVIDENCE.

In absence of a statement of facts or bill of exceptions containing the testimony, appellate court cannot pass upon the complaint in the motion for new trial that the judgment is contrary to the law and the evidence.

Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge.

V. Garcia was convicted of robbery, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. From a conviction for robbery appellant has prosecuted his appeal.

There was no statement of facts or bill of exceptions filed in the court below, as noted in the record, and the motion for a new trial only complains that the judgment is contrary to the law and the evidence. Without the testimony these matters cannot be revised.

The judgment will be affirmed.